**KOSTELANETZ & FINK, LLP**

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 620
WASHINGTON, DC 20001
—
TEL: (202) 875-8000
FAX: (202) 844-3500

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

April 21, 2021

**BY ECF**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Gabriela Bratkovics,* 20 Cr. 210 (LTS)

Dear Judge Swain:

    We represent Evan Brown, a defendant in the above-captioned matter. On April 14, 2021, the Court sentenced Mr. Brown to a term of imprisonment of 14 months. At the time sentencing was imposed, the Court indicated that it would recommend to the Bureau of Prisons that Mr. Brown be designated to a facility in the northeast.

    We write to request that in finalizing the Judgment as to Mr. Brown, the Court recommend that the Bureau of Prisons designate him to Otisville FCI Satellite Camp.

    We thank the Court for its consideration of this request.

Respectfully submitted,

Sharon L. McCarthy

The Court will make the requested recommendation.
DE# 74 resolved.
SO ORDERED.
3/21/2021
/s/ Laura Taylor Swain, Chief USDJ

cc:   By e-mail
      AUSA Katherine Reilly