UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )  Case No.: 20 Cr. 210 (LTS)
          v.                        )
                                    )  The Honorable Laura Taylor Swain
EVAN BROWN,                         )
                                    )
          Defendant.                )
_____ )

# ORDER

Upon the application of defendant Evan Brown, who has begun serving a sentence of 14 months imprisonment in this matter, it is hereby ORDERED that the United States Pretrial Services Office for the Southern District of New York return Mr. Brown's passport, which he surrendered as a condition of his release on bail in this matter, to his counsel, Sharon L. McCarthy of Kostelanetz & Fink, LLP.

SO ORDERED.

October 15, 2021

                                    /s/ Laura Taylor Swain
                                    _____
                                    LAURA TAYLOR SWAIN
                                    United States District Judge