KOSTELANETZ & FINK, LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007
—
TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 620
WASHINGTON, DC 20001
—
TEL: (202) 875-8000
FAX: (202) 844-3500

June 10, 2022

**BY ECF**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Evan Brown*, 20 Cr. 210 (LTS)

Dear Judge Swain:

We represent Evan Brown, a defendant in the above-captioned matter.

On April 14, 2021, this Court sentenced Mr. Brown to a term of imprisonment of 14 months, to be followed by two years of supervised release. Mr. Brown has completed his term of imprisonment and is serving his term of supervised release.

We write to request that Mr. Brown be permitted to travel for business as follows:

1. June 26 to June 30, 2022:  Orlando, Florida to attend Hospitality Industry Technology Exposition and Conference (HITEC).
2. September 13 to September 17, 2022:  Austin, Texas to attend the Hospitality Financial and Technology Professionals (HFTP) Annual Convention.
3. October 15-20, 2022:  Edinburgh, Scotland to attend the Hotel Technology Next Generation (HTNG) European Conference.

I have spoken with Mr. Brown's probation officer, Erika Arnone, and she has informed me that Mr. Brown is fully compliant with the terms of his supervised release, and she has no objection to the proposed travel. Assistant United States Attorney Katherine Reilly likewise does not object to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

*Sharon L. McCarthy*

Sharon L. McCarthy

The foregoing request is granted. Mr. Brown is directed to provide the details regarding his itinerary and contact information to his Probation Officer prior to travel. Dkt. no. 98 resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ 6/10/2022

cc:   AUSA Katherine Reilly