# KOSTELANETZ LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 620
WASHINGTON, DC 20001

TEL: (202) 875-8000
FAX: (202) 844-3500

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

December 2, 2022

**BY ECF**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:     *United States v. Evan Brown*, 20 Cr. 210 (LTS)

Dear Judge Swain:

We represent Evan Brown, a defendant in the above-captioned matter.

On April 14, 2021, this Court sentenced Mr. Brown to a term of imprisonment of 14 months, to be followed by two years of supervised release. Mr. Brown has completed his term of imprisonment and is serving his term of supervised release.

We write to request that Mr. Brown be permitted to travel outside the United States as follows:

1. Costa Rica -- December 18th thru 21st (vacation and potential work);

2. Punta Cana, Dominican Republic --January 18th thru 22nd (attending a friend's 70th birthday celebration).

Mr. Brown's probation officer, Brendan Murillo, has informed me that Mr. Brown is fully compliant with the terms of his supervised release, and he has no objection to the proposed travel. Assistant United States Attorney Katherine Reilly likewise does not object to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

*Sharon L. McCarthy*

Sharon L. McCarthy

cc:   AUSA Katherine Reilly

The foregoing requests are granted. Dkt. No. 104 resolved.
SO ORDERED. 12/6/2022

Laura Taylor Swain, Chief USDJ