**KOSTELANETZ LLP**

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 620
WASHINGTON, DC 20001
—
TEL: (202) 875-8000
FAX: (202) 844-3500

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

February 27, 2023

**BY ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Evan Brown*, 20 Cr. 210 (LTS)

Dear Judge Swain:

We represent Evan Brown, a defendant in the above-captioned matter.

On April 14, 2021, this Court sentenced Mr. Brown to a term of imprisonment of 14 months, to be followed by two years of supervised release. Mr. Brown has completed his term of imprisonment and is serving his term of supervised release.

We write to request that Mr. Brown be permitted to travel outside the United States as follows:

1. International Hotel Technology Forum (IHTF) Trade Show, Vienna, Austria – March 24th to April 2nd
2. Meeting to re-establish relationship with previous client, Manila, Philippines – May 11th to May 17th
3. HITEC Dubai & Hotel Show, Dubai, UAE – May 19th to May 26th

Mr. Brown's probation officer, Brendan Murillo, has informed me that he has no objection to the proposed travel. Assistant United States Attorney Katherine Reilly likewise does not object to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

*Sharon L. McCarthy*

Sharon L. McCarthy

The foregoing request is granted. Dkt. No. 115 resolved.
SO ORDERED.
2-28-2023
Laura Taylor Swain, Chief USDJ
    cc: AUSA Katherine Reilly