# KOSTELANETZ LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 620
WASHINGTON, DC 20001
—
TEL: (202) 875-8000
FAX: (202) 844-3500

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

June 12, 2023

**BY ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Evan Brown*, 20 Cr. 210 (LTS)

Dear Judge Swain:

We represent Evan Brown, a defendant in the above-captioned matter.

On April 14, 2021, this Court sentenced Mr. Brown to a term of imprisonment of 14 months, to be followed by two years of supervised release. Mr. Brown has completed his term of imprisonment and has completed over half of his two-year term of supervised release.

We write to request that Mr. Brown be permitted to travel for business as follows:

1. Toronto, Canada (June 22-30) for a conference related to hospitality technology;
2. Mures, Romania (July 27- August 9) to visit ENG's office;
3. Bangkok, Thailand (Aug 31-Sep 11) to attend a conference for (HTNG) Hotel Technology Next Generation.

I have spoken with Mr. Brown's probation officer, Brendan Murillo, who has informed me that Mr. Brown is fully compliant with the terms of his supervised release. Mr. Murillo has no objection to the proposed travel. Assistant United States Attorney Katherine Reilly likewise does not object to this request.

We thank the Court for its consideration of this request.

The foregoing request is granted. The Court hereby directs
Mr. Brown to provide his specific travel itinerary to
Probation Officer Brendan Murillo in advance of each trip.
DE no. 119 resolved.
SO ORDERED.
6/13/2023
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

*Sharon L. McCarthy*

Sharon L. McCarthy

cc:   AUSA Katherine Reilly